AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Edmondson, James L. | 11th Circuit<br>United States Court of Appeals | 10 May 2005 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>United States Circuit Judge | 5. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial __X__ Annual ___ Final | 6. Reporting Period<br>1/1/2004 - 12/31/2004 |
|---|---|---|
| 7. Chambers or Office Address<br>56 Forsyth Street<br>Atlanta, Georgia 30303 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. (Reporting individual only: see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [x] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| A. Filer's Non-Investment Income | | |
| [X] NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| [ ] NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |

2005 MAY 16 P 1:54
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Invesco Technology Fund | | None | | | SOLD | 1/29 | J | A | |
| 20. US Bank, Denver, Colorado | A | Interest | K | T | | | | | |
| 21. Janus Orion Fund | | None | J | T | Buy | 1/2 | J | | |
| 22. " " " | | | | | Buy | 3/30 | J | | |
| 23. " " " | | | | | Part Sale | 5/26 | K | A | |
| 24. Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 25. Fidelity Midcap Fund | A | Dividend | J | T | Buy | 2/3 | J | | |
| 26. " " " | | | | | Part Sale | 5/26 | K | A | |
| 27. Fidelity Independence Fund | | None | | | SOLD | 3/30 | J | A | |
| 28. Fidelity Select Energy Service Fund | | None | J | T | Buy | 10/22 | J | | |
| 29. AIM Real Estate Fund | | None | | | SOLD | 1/29 | J | A | |
| 30. Invesco Health Science Fund | | None | | | SOLD | 1/29 | J | A | |
| 31. AIM Money Market Fund | A | Interest | | | SOLD | 1/29 | J | A | |
| 32. EYEris Class A Common Stock | | None | J | T | | | | | |
| 33. EYEris Class B Common Stock | | None | J | T | | | | | |
| 34. Janus Global Opportunities Fund | A | Dividend | J | T | Buy | 3/30 | J | | |
| 35. Janus Growth & Income Fund | A | Dividend | J | T | Part Sale | 3/30 | J | A | |
| 36. " " " | | | | | Part Sale | 10/21 | J | A | |

1. Income/Gain Codes: A = $1,000 or less B = $1,001-$2,500 C = $2,501-$6,000 D = $5,001-$15,000 E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000 G = $100,001-$1,000,000 H1 = $1,000,001-$5,000,000 H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less K = $15,001-$50,000 L = $50,001-$100,000 M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000 O = $500,001-$1,000,000 P1 = $1,000,001-$5,000,000 P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000 P4 = More than $50,000,000
3. Value Method Codes Q = Appraisal R = Cost (Real Estate Only) S = Assessment T = Cash/Market
(See Column C2) U = Book Value V = Other W = Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Edmondson, James L. | 10 May 2005 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [X] 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [X] 1 | NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [X] 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000  P3=25,000,001-50,000,000  P4=50,000,001 or more

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | Fidelity U. S. Gov't Res | A | Interest | J | T | Part Sale | 3/24 | J | A | |
| 38. | " " " | | | | | Part Sale | 10/22 | K | A | |
| 39. | Fidelity Emerging Market Fund | A | Dividend | J | T | Buy | 3/30 | J | | |
| 40. | " " " | | | | | Part Sale | 5/26 | K | B | |
| 41. | Fidelity Value Fund | B | Dividend | K | T | Buy | 2/3 | J | | |
| 42. | " " " | | | | | Buy | 3/30 | J | | |
| 43. | " " " | | | | | Bu | 10/22 | J | | |
| 44. | Fidelity Diversified Int'l Fund | A | Dividend | J | T | Buy | 10/22 | J | | |
| 45. | Dodge & Cox Stock Fund | B | Dividend | K | T | Part Sale | 2/3 | K | A | |
| 46. | " " " | | | | | Part Sale | 5/26 | K | A | |
| 47. | Dodge & Cox Balanced Fund | B | Dividend | L | T | Part Sale | 1/2 | K | A | |
| 48. | " " " | | | | | Part Sale | 4/13 | K | A | |
| 49. | " " " | | | | | Buy | 5/26 | K | | |
| 50. | " " " | | | | | Part Sale | 10/22 | K | A | |
| 51. | Dodge & Cox Income Fund | A | Dividend | J | T | Buy | 5/26 | K | | |
| 52. | " " " | | | | | Part Sale | 10/22 | K | A | |
| 53. | Royce Technology Value Fund | A | Dividend | J | T | Buy | 1/2 | K | | |
| 54. | " " " | | | | | Part Sale | 5/26 | K | B | |

1. Income/Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000; P4 = More than $50,000,000
3. Value Method Codes Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market
(See Column C2) U = Book Value; V = Other; W = Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Edmondson, James L. | 10 May 2005 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of
*spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 Federal Employees Credit Union, Atlanta, Georgia | A | Interest | K | T | | | | | |
| 2 Federal Employees Credit Union A | A | Interest | J | T | | | | | |
| 3 The Yackman Fund | A | Dividend | J | T | | | | | |
| 4 The Berwyn Income Fund, Inc. | A | Dividend | J | T | | | | | |
| 5 First Eagle Funds | A | Dividend | J | T | | | | | |
| 6 VanGuard Municipal Bond Fund* | A | Dividend | J | T | | | | | |
| 7 MBNA America | A | Interest | J | T | | | | | |
| 8 P ovidian National Bank | A | Interest | J | T | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 * A small investment is made in | | | | | | | | | |
| 12 this VanGuard Fund each month | | | | | | | | | |
| 13 less than $100.00 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. " " " | | | | | Part Sale | 10/29 | J | A | |
| 56. Royce Opportunity Fund | A | Dividend | J | T | Buy | 1/2 | K | | |
| 57. " " " | | | | | Part Sale | 5/26 | K | B | |
| 58. " " " | | | | | Part Sale | 10/29 | K | A | |
| 59. Royce Low-Priced Stock Fund | A | Dividend | K | T | Part Sale | 1/2 | K | C | |
| 60. Royce Total Return Fund | B | Dividend | L | T | Buy | 5/26 | L | | |
| 61. " " " | | | | | Part Sale | 10/29 | K | C | |
| 62. Fidelity Select Leisure Fund | A | Dividend | J | T | | | | | |
| 63. Fidelity Select Technology Fund | A | Dividend | J | T | Part Sale | 3/20 | J | A | |
| 64. Janus Balanced Fund | A | Dividend | J | T | Part Sale | 1/2 | J | A | |
| 65. " " " | | | | | Buy | 10/21 | J | A | |
| 66. CancerVax Common Stock | | None | J | T | | | | | |
| 67. Janus Overseas Fund | A | Dividend | K | T | Buy | 3/30 | J | | |
| 68. " " " | | | | | Buy | 10/21 | J | | |
| 69. Janus Short-Term Bond Fund | A | Interest | J | T | Buy | 1/2 | J | | |
| 70. Janus Risk-Managed Stock Fund | A | Dividend | K | T | Buy | 10/21 | J | | |
| 71. Janus Mid-Cap Value Fund | B | Dividend | K | T | Buy | 10/21 | J | | |
| 72. Fidelity Int'l Small Cap Fund | A | Dividend | K | T | Buy | 3/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1.000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1.000,000 | C = $2, 01-$5,600 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $6,000,000 | E = $15,001-$50,000 |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000.000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

NONE

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance wi̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶ seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signatu̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶    Date 10 May 2005

NOT̶̶̶̶̶̶̶̶ ̶̶̶̶̶̶̶̶̶IVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE
SUB̶̶̶̶̶̶̶̶̶̶̶̶̶̶IVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544